UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-21095-CIV-COOKE

ANA D. ROJAS,

Plaintiff,

v.

LINEN USA, LLC.,
AJAM SERVICES, LLC.,
DANIEL E. CANELO, individually,
and AURI B. MATEO, individually,

Defendants,

_____/

ORDER ADMINISTRATIVELY CLOSING
CASE ON NOTICE OF SETTLEMENT

**THIS MATTER** comes before me on the Parties' notice of settlement contained within their Joint Motion for Settlement Approval. ECF No. 4. The Parties have conditionally settled this matter, and, as such, it will be administratively closed pending the Court's approval of their Settlement Agreement. The Clerk is therefore directed to *administratively* **CLOSE** this case.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 30th day of April 2021.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:

*John J. O'Sullivan, Chief Magistrate Judge*
*Counsel of record*