UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21095-CIV-COOKE/O'SULLIVAN

ANA D. ROJAS,

    Plaintiff,
vs.

LINEN USA, LLC.,
AJAM SERVICES, LLC.,
DANIEL E. CANELO, individually,
and AURI B. MATEO, individually,

    Defendants.
_____/

**ORDER APPROVING SETTLEMENT AGREEMENT AND
RECOMMENDING THAT THE CASE BE DISMISSED WITH PREJUDICE**

THIS MATTER is before the Court pursuant to an Order of Reference entered by the Honorable Marcia G. Cooke, United States District Judge, on the Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (DE# 4, 4/30/21). See Endorsed Order of Reference (DE# 6, 4/30/21).

THE COURT has heard from counsel and considered the terms of the settlement agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves claims for minimum wage and unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq. ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to

reflect a reasonable compromise of disputed issues." Id.  The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. Id. at 1354.

In this case, there is a bona fide factual dispute over the number of hours of overtime and minimum wage for which the plaintiff was not properly compensated.  A copy of the Settlement Agreement and Release of FLSA Claims (DE# 4-1, 4/30/21) was docketed and the terms of the settlement were discussed on the record in open Court. The Court has reviewed the terms of the settlement agreement including the amount to be received by the plaintiff and the attorney's fees and costs to be received by counsel and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is

**ORDERED AND ADJUDGED** that the Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (DE# 4, 4/30/21) is **GRANTED**. The parties' settlement agreement (including attorney's fees and costs) is hereby APPROVED. It is further

**RECOMMENDED** and the parties agree that this case be dismissed with prejudice.

**DONE AND ORDERED**, in Chambers, at Miami, Florida this **10th** day of May, 2021.

JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE